UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2
Eastern Division

Jose Pizano

      Plaintiff,

v.

Case No.: 1:15−cv−11190

Honorable Robert M. Dow Jr.

Big top & Party Rentals, LLC d/b/a Big Top Tent & Party Rentals, LLC, et al.

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 4, 2020:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the joint stipulation of dismissal with prejudice, this action is dismissed with prejudice with each party to bear his or its own fees and costs. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.